632 A.2d 269

IN THE MATTER OF PAUL H. KARWELL,
AN ATTORNEY AT LAW.

September 28, 1993.

**ORDER**

This matter having been duly presented to the Court, it is ORDERED that PAUL H. KARWELL of NEW PROVIDENCE, who was admitted to the bar of this State in 1970, and who was suspended from the practice of law for thee months effective April 12, 1993, by Order of this Court dated March 19, 1993, be restored to the practice of law, effective immediately.